CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

DEC 12 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK



**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
P.O. Box 1600
Butner, NC 27509

November 27, 2013

Honorable Jackson L. Kiser
United States District Court
Western District of Virginia
P. O. Box 3326
Danville, VA   24543

RE:   CISSE, Ibrahima
      Reg. No.: 16219-084
      Docket No.: 4:11CR00028-001

Dear Judge Kiser:

This letter is to advise you, Mr. Ibrahima Cisse who was sentenced in your court on August 16, 2012 died at approximately 8:20 a.m. on Sunday, November 24, 2013. The cause of death was determined to be Invasive Mucor.

Mr. Cisse was serving a 48 months sentence for Conspiracy to Commit Credit Card Fraud, Counterfeit Access Device Fraud and Aggravated Identity Theft.   He had a projected release date of December 29, 2014 via Good Conduct Time Release.

If I can provide any additional information or be of further assistance, please do not hesitate to contact me.

Sincerely,

Craig Apker
Complex Warden

Page Two
CISSE, Ibrahima
Reg. No.: 16219-084


cc:

Timothy J. Heaphy, USA
Western District of Virginia
P. O. Box 1709
Roanoke, VA   24008

Phil Williams, CUSPO
United States Probation Office
Western District of Virginia
U. S. Courthouse
255 West Maint Street, Room 101
Charlottesville, VA   22902-5047

C. Eichenlaub
Mid-Atlantic Regional Director
Junction Business Park
Federal Bureau of Prisons
302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701